UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VANESSA CREWS,

    Plaintiff,

v.	Case No.: 3:14-cv-1223-J-20MCR

ALLY FINANCIAL, INC.,

    Defendant.
_____/

ORDER

This matter is before this Court on the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 11).

Accordingly, it is so **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 11) is **GRANTED** and this action is **dismissed with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 14 day of July, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jared M. Lee, Esq.
David E. Hicks, Esq.

1